

Cybil Fisher
1609 Redstone Trail
Green Bay, WI 54313
Petitioner, *Pro Se*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **CYBIL FISHER,** | ) CASE NO. |
| Petitioner, | ) |
| | ) **MC-13-00056-PHX-DGC** |
| v. | ) |
| | ) **PETITION TO QUASH IRS** |
| UNITED STATES OF AMERICA, | ) **THIRD PARTY SUMMONS** |
| INTERNAL REVENUE SERVICE, and | ) |
| JEFFREY HENCKE, SPECIAL AGENT, | ) |
| | ) |
| Respondents. | ) |
| | ) |

COMES NOW Cybil Fisher, Petitioner, *pro se*, and petitions this Court to quash an Internal Revenue Service Third Party Administrative Summons.

## JURISDICTION

1. This Court has jurisdiction pursuant to Title 26 U.S.C. § 7609 and Title 5 U.S.C. § 552(a).[1]

2. Venue is proper, because the custodian of records and records sought (the subject of this controversy) by the summonses to Bank of America which is within the United States District For the District of Arizona.

---

[1] All further references to Code Sections are to Title 26 unless otherwise noted.

## PARTIES

3. The Petitioner in this action is Cybil Fisher, (Fisher), whose address is 1609 Redstone Trail, Green Bay, WI 54313.

4. The Respondents in this action are the United States of America, the Internal Revenue Service (hereinafter "IRS") and Jeffrey Hencke, IRS Special Agent (Hencke).

5. Hencke is the IRS official that issued the alleged summons which is the subject of this controversy. Hencke's mailing address is 440 Security Blvd., Green Bay, WI 54313.

6. The Third Party from whom IRS seeks records is Bank of America, 201 East Washington Street, 20th Floor, Phoenix, AZ 85004.

7. The third party summons was issued to Bank of America on June 19, 2013. (See Exhibit "A" the IRS summons issued to Bank of America, a true and correct copy attached hereto.) On or about July 17, 2013, Bank of America is scheduled to comply with the IRS summons, surrendering Fisher's records to the IRS.

## CAUSES OF ACTION AGAINST RESPONDENTS

For the Causes of Action against the Respondents, and each of them, Fisher alleges as follows:

### I. First Cause of Action Against Respondents

8. The Summons is in violation of the statutory summons process and should be quashed because IRS failed to give Fisher timely notices required by 26 U.S.C.,

Section 7609(a)(1), *i.e*, 23 days notice prior to the date set to turn over the records requested. As a consequence Fisher was not given the opportunity to timely file a Petition to Quash the Summons pursuant to Section 7609(b)(1).

## II. Second Cause of Action Against Respondents

9. The IRS is in violation of the statutory summons process as they failed to provide Fisher advance notice that contact with any of these third parties were to be made; and, failed to periodically provide Fisher with a record of persons contacted by IRS about Fisher as required by Section 7602(c)(1)&(2).

## III. Third Cause of Action Against Respondents

10. Fisher alleges upon information and belief that the Summons was issued while a referral for criminal prosecution to the Department of Justice is pending, which was made by the IRS in violation of Section 7602(d)(2)(A).

## IV. Fourth Cause of Action Against Respondents

11. Because of the violations and abuses of the summonses process as alleged within paragraphs 8 through 13, inclusive, the IRS failed to meet the "GOOD FAITH" requirement of the *Powell*[2] standard.

## V. Fifth Cause of Action Against Respondents

12. Respondents, contrary to law have caused, or will cause, Fisher's records to be turned over to the Respondents in violation of the banking and constitutional Privacy Laws of the United States of America and the constitutional privacy laws of the State of

---

[2] *United States v. Powell*, 379 U.S. 48, 85 S.Ct. 248 (1964).

Wisconsin.

## PRAYER FOR RELIEF

Wherefore, Fisher respectfully requests that this Court:

1. QUASH the third party administrative summonses of June 19, 2013, to Bank of America for the records pertaining to Cybil Fisher.

2. ORDER that the IRS turn over to Fisher a copy of any and all summonses and request for documents that were issued to third parties that were issued by IRS to any Third Parties to obtain records.

3. ORDER that the IRS turn over to Fisher any and all records that were or will be obtained, in its investigation of Fisher by any means that were not in full compliance with the summonsing provisions of the Internal Revenue Code Section 7602, et seq. and Section 7609, et seq.

4. ORDER Respondent to pay Fisher $1,000.00 for each violation of the State and Federal Privacy Laws.

5. Grant any and all other relief that the Court deems just and prudent, the foregoing considered.

Dated: __7-9__, 2013

_____
Cybil Fisher, *Pro Se* Petitioner
1609 Redstone Trail
Green Bay, WI 54313

## CERTIFICATE OF SERVICE

I, Cybil Fisher, certify that pursuant to IRC §7609(b)(2)(B) true copies of the attached **"PETITION TO QUASH IRS THIRD PARTY SUMMONSES"** has been served, on this 9th day of July, 2013, via Certified Mail to each of the following parties:

Cert. Mail # 7011 3500 0000 2362 6042
Internal Revenue Service
ATTN: Jeffery Hencke, Special Agent
440 Security Blvd.
Green Bay, WI 54313


Cert. Mail # 7011 3500 0000 2362 6059
Custodian of Records
Bank of America
201 East Washington Street, 20th Floor
Phoenix, AZ 85004

_____
Cybil Fisher, *pro se*

cc:   United States District Court
      for the District of Arizona
      Sandra Day O'Connor United States Courthouse
      401 West Washington Street, Room 130
      Phoenix, AZ 85003



# Summons

In the matter of  Cybil Fisher, 1609 Redstone Trail, Green Bay, Wisconsin  54313
Internal Revenue Service (Division):  Criminal Investigation
Industry/Area (name or number):  St. Paul Field Office
Periods: 2007, 2008, 2009, 2010, 2011, 2012

## The Commissioner of Internal Revenue

To:  Custodian of Records, Bank of America NA USA
At:  201 East Washington Street, 20th Floor, Phoenix, AZ  85004

You are hereby summoned and required to appear before  Special Agent Jeffrey Hencke or his designee
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See Attachment to Summons

In lieu of appearing personally before Special Agent Jeffrey Hencke, records may be sent to to Special Agent Jeffrey Hencke at the address listed below.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
Internal Revenue Service, 440 Security Blvd, Green Bay, WI  54313   (920) 662-5952

**Place and time for appearance at**  Internal Revenue Service, 440 Security Blvd, Green Bay, WI  54313

**IRS**  on the __17th__ day of __July__, __2013__ at __10:00__ o'clock __a.__ m.
Issued under authority of the Internal Revenue Code this __19th__ day of __June__, __2013__.

Department of the Treasury
Internal Revenue Service
www.irs.gov

Signature of issuing officer          Special Agent
                                      Title

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

Signature of approving officer (if applicable)          Title

Part C — to be given to noticee

ATTACHMENT TO SUMMONS ISSUED TO:  Bank of America NA USA

## ALL OPEN AND CLOSED ACCOUNTS

For the years: 2007 - 2012

All records pertaining to the following individuals and business entities whether held jointly or severally or as trustee or fiduciary as well as custodian, executor or guardian as well as any other entity in which these individuals or entities may have a financial interest:

Cybil Fisher, 1609 Redstone Trail, Green Bay, WI  54313
Cybil Fisher Photographic Services, LLC, 1609 Redstone Trail, Green Bay, WI  54313
Cybil Fisher Photography, 1609 Redstone Trail, Green Bay, WI  54313


These records should include but are not limited to:

CREDIT CARD RECORDS:  Including customer's application, signature card, credit or background investigations conducted, correspondence, monthly billing statements, individual charge invoices, repayment records disclosing the dates, amounts and method (cash or check) of repayment, checks used to make repayments (front and back) **for all credit card accounts including account #5329-0078-4433-7947**.


All correspondence with the above persons/entities and/or with third parties regarding the above persons/entities.  All memoranda, notes, files, or records relating to meetings or conversations concerning the above persons/entities.

Case 2:13-mc-00056-DGC   Document 1   Filed 07/15/13   Page 8 of 8

**To:** CYBIL FISHER
1609 REDSTONE TRAIL
GREEN BAY WI 54313

**Address:**

**Date:** 6/18/13

Enclosed is a copy of a summons served by the IRS to examine records made or kept by, or to request testimony from, the person summoned. If you object to the summons, you are permitted to file a lawsuit in the United States district court in the form of a petition to quash the summons in order to contest the merits of the summons.

If you are the taxpayer, see important information below on the suspensions of your periods of limitation under I.R.C. section 7609(e)(1) and (e)(2).

## General Directions

1. You must file your petition to quash in the United States district court for the district where the person summoned resides or is found.

2. You must file your petition within 20 days from the date of this notice and pay a filing fee as may be required by the clerk of the court.

3. You must comply with the Federal Rules of Civil Procedure and local rules of the United States district court.

## Instructions for Preparing Petition to Quash

1. Entitle your petition "Petition to Quash Summons."

2. Name the person or entity to whom this notice is directed as the petitioner.

3. Name the United States as the respondent.

4. State the basis for the court's jurisdiction, as required by Federal Rule of Civil Procedure. See Internal Revenue Code Section 7609(h).

5. State the name and address of the person or entity to whom this notice is directed and state that the records or testimony sought by the summons relate to that person or entity.

6. Identify and attach a copy of the summons.

7. State in detail every legal argument supporting the relief requested in your petition. See Federal Rules of Civil Procedure. Note that in some courts you may be required to support your request for relief by a sworn declaration or affidavit supporting any issue you wish to contest.

8. Your petition must be signed as required by Federal Rule of Civil Procedure 11.

9. Your petition must be served upon the appropriate parties, including the United States, as required by Federal Rule of Civil Procedure 4.

10. At the same time you file your petition with the court, you must mail a copy of your petition by certified or registered mail to the person summoned and to the IRS. Mail the copy for the IRS to the officer whose name and address are shown on the face of this summons. See 7609(b)(2)(B).

The court will decide whether the person summoned should be required to comply with the summons request.

## Suspension of Periods of Limitation

If you are the taxpayer being examined/investigated by this summons and you file a petition to quash the summons (or if you intervene in any suit concerning the enforcement of this summons), your periods of limitation for assessment of tax liabilities and for criminal prosecutions will be suspended pursuant to I.R.C. section 7609(e)(1) for the tax periods to which the summons relates. Such suspension will be effective while any proceeding (or appeal) with respect to the summons is pending. Your periods of limitation will also be suspended under section 7609(e)(2) if the summoned person fails to fully respond to this summons for 6 months. The suspension under section 7609(e)(2) will begin 6 months after the summons is served and will continue until the summoned person finally resolves the obligation to produce the summoned information. You can contact the IRS officer identified on the summons for information concerning the suspension under section 7609(e)(2). If you contact the IRS officer for this purpose, please provide the following information: (1) your name, address, home and work telephone numbers and any convenient time you can be contacted and (2) a copy of the summons or a description of it that includes the date it was issued, the name of the IRS employee who issued it, and the name of the summoned person.

The relevant provisions of the Internal Revenue Code are enclosed with this notice. If you have any questions, please contact the Internal Revenue Service officer before whom the person summoned is to appear. The officer's name and telephone number are shown on the summons.



Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

Part D — to be given to noticee